UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :  Hon. FREDA L. WOLFSON
                                 :
        v.                       :  Criminal No. 09-568 (FLW)
                                 :
                                 :
ERIC BELL                        :

## CONTINUANCE ORDER

A two-count criminal indictment charging the defendant with possession with the intent to distribute cocaine base and possession of a firearm as a convicted felon having been filed on August 30, 2009; and the defendant having appeared before the Court for an arraignment on September 10, 2009; and the defendant having been represented by Andrea Bergman, Esq.; and the defendant having been detained pending trial by the court; and the defendant and his counsel being aware that a trial ordinarily must commence within seventy (70) days of defendant's arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(c); the defendant hereby requests a continuance of 60 days pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the time necessary for the defendant to review discovery and consider a plea agreement; the Government having agreed to this continuance; and for good cause shown;

IT IS on this 20th day of October, 2009,

ORDERED that 60 days from the date this Order is entered, up to and including December 21, 2009 shall be excluded in

calculating the time within which a trial must commence under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time in order to review discovery and consider a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
James T. Kitchen
Assistant U.S. Attorney

_____
Andrea Bergman, Esq.
Counsel for Eric Bell

_____
Eric Bell
Defendant

_____
HONORABLE FRIEDA L. WOLFSON
United States District Judge

2